Lawrence COLEMAN, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 89845.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 18, 2007.

Lawrence Coleman, Bonne Terre, MO, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joshua N. Corman, Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J., and GLENN A. NORTON, J.

## ORDER

PER CURIAM.

Lawrence Coleman ("movant") appeals the judgment of the trial court denying his request to reopen the Missouri Supreme Court Rule 29.15 post-conviction proceeding. Movant argues that he was abandoned by post-conviction counsel.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).